UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| IN RE: YASMIN AND YAZ (DROSPIRENONE) MARKETING, SALES PRACTICES AND PRODUCTS LIABILITY LITIGATION | 3:09-md-02100-DRH<br><br>MDL No. 2100 |

**This Document Relates To:**

*Aubry et al., v. Bayer Healthcare Pharmaceuticals Inc., No.* 3:11-cv-11188-DRH-PMF

## JUDGMENT IN A CIVIL CASE

**HERNDON, District Judge:**

**DECISION BY COURT.** This matter is before the Court for the purpose of docket control.

**IT IS HEREBY ORDERED AND ADJUDGED** that pursuant to the Stipulation of Dismissal filed on December 22, 2014 (MDL 2100 Doc. 3586) (dismissing the claims of Astride Aubry, Briana Pangborn, and John Pangborn with prejudice) and the Court's order in the instant member action on January 13, 2015 dismissing the claims of Eddy Casseus with prejudice (Doc. 9), this member action is **DISMISSED** with prejudice. Each party shall bear their own costs.

Date: January 13, 2015

JUSTINE FLANAGAN,
ACTING CLERK OF COURT

Digitally signed by David R. Herndon
Date: 2015.01.13 11:36:25 -06'00'

BY:  /s/*Cheryl A. Ritter*
**Deputy Clerk**

APPROVED:
DISTRICT JUDGE
U. S. DISTRICT COURT